# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED — MARCH 14, 2008 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

**08 C 1522**

**(a) PLAINTIFFS**
WILLIAM E. DUGAN, et al.

**DEFENDANTS**
ENDOR DEVELOPMENT, INC., an Illinois corporation

**(b) County of Residence of First Listed Plaintiff** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200, Chicago, IL 60606-5231
(312) 236-4316

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 791 Empl. Ret. Inc. Security Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
29 U.S.C. Sections 1132, 1145; an action to recover delinquent fringe benefit contributions

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [ ] Yes [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 03/14/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Patrick N. Ryan

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE VALDEZ**