AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 1522**

SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, et al.

CASE NUMBER:

V.

ASSIGNED JUDGE:

ENDOR DEVELOPMENT, INC., an Illinois corporation

DESIGNATED MAGISTRATE JUDGE:



TO: (Name and address of Defendant)

Endor Development, Inc.
c/o H,T,J,B & W, Inc., Registered Agent
2801 Black Road, 2nd Floor
Joliet, IL 60435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within     Twenty (20)     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Esperanza Arnold*

(By) DEPUTY CLERK

March 14, 2008

Date

JUDGE HOLDERMAN
MAGISTRATE JUDGE VALDEZ

```
CASE NUMBER: 016 2008 01520152D 007           COUNTY SHERIFF'S OFFICE
------------------------------------------    ================ ==========
                                              ATTORNEY
WILLIAM E DUGAN ETAL                          BAUM SIGMAN AUERBACH & NEUMAN
    -VS-                                      200 W ADAMS ST
ENDOR DEVELOPMENT, INC                        SUITE 2200                    PAID
                                              CHICAGO, IL 60606
                                              (312) 236-4316                MAR 20 2008
============ DESCRIPTION ============         ========== ATTEMPTED SERVICES =========
                                                DATE           TIME           BADGE #
SUMMONS & COMPLAINT

ISSUED:  3/19/08     EXPIRES:  4/13/08       _____      _____      _____
FEES:    40.00       EVC/DEP:                _____      _____      _____

========= PERSON TO BE SERVED =========      _____      _____      _____

ENDOR DEVELOPMENT, INC C/O H,T,J,B & W NOTES:_____      _____      _____
2801 BLACK ROAD  2ND FLOOR
JOLIET, IL 60435                             _____      _____      _____
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
    ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT
    ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION.
    ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
    ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF
    ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
    SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
    THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) _X_ SERVICE ON: _X_ CORPORATION ___ COMPANY ___ BUSINESS by leaving a
    COPY OF THE _X_ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE
    ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
    OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
    ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED
    ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: Endor Development
SERVING ADDRESS: 2801 Black Rd 2nd Fl Joliet, Il
WRIT SERVED ON: Sue Schwab                    RELATIONSHIP: Receptionist
    SEX F (M/F) RACE W DOB 4/9
THIS 24 DAY OF March 20 08 TIME 1630 HOURS
PAUL J. KAUPAS, SHERIFF, BY Dep. _____ DEPUTY # 1125
REMARKS: _____

AML80791553