IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1522 |
| | ) | |
| ENDOR DEVELOPMENT, INC., | ) | JUDGE JAMES F. HOLDERMAN |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO:  H,T,J.B & W, Inc., Registered Agent          Mr. William J. Cunha, President
     Endor Development, Inc.                       Endor Development, Inc.
     2801 Black Road, 2nd Floor                    23 W. Richton Road
     Joliet, IL  60435                             Crete, IL  60417

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com
I:\MOEJ\Endor\#20868\notice of dismissal.pnr.df.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 7th day of April 2008:

        H,T,J.B & W, Inc., Registered Agent
        Endor Development, Inc.
        2801 Black Road, 2nd Floor
        Joliet, IL   60435

        Mr. William J. Cunha, President
        Endor Development, Inc.
        23 W. Richton Road
        Crete, IL   60417

                /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Endor\#20868\notice of dismissal.pnr.df.wpd